**H.J. TUMLIN, Plaintiff—Appellant,**

v.

**GOODYEAR TIRE & RUBBER COMPANY, INCORPORATED; Travelers Indemnity Company of Illinois; James Daniel, Esq.; Commonwealth Of Virginia; Virginia Industrial Compensation Commission, Defendants—Appellees.**

No. 07–2101.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 29, 2008.

Decided: Feb. 15, 2008.

H.J. Tumlin, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

H.J. Tumlin appeals the district court's order denying his application to proceed without prepayment of fees. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *See Tumlin v. Goodyear Tire & Rubber Co., Inc.*, No. 4:07–mc–00005–jlk (W.D.Va. Oct. 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*